UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SL GREEN REALTY CORP.,

                                  Plaintiff,                  Case No.: 1:20-cv-8720 (LGS) (GWG)

   -against-                                             NOTICE OF
                                                                      VOLUNTARY DISMISSAL
CONSTRUCTION & GENERAL BUILDING              <u>WITHOUT PREJUDICE</u>
LABORERS, LOCAL 79

                                Defendant.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i), Plaintiff SL Green Realty Corp., by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

      Defendant has not answered or moved for summary judgment.

Dated: Lake Success, New York
       November 16, 2020

                                           Respectfully submitted,

                                           **MILMAN LABUDA LAW GROUP PLLC**

                                           _____/s/_____
                                         Emanuel Kataev, Esq.
                                         3000 Marcus Avenue, Suite 3W8
                                         Lake Success, NY 11042-1073
                                         (516) 328-8899 (office)
                                         (516) 303-1395 (direct dial)
                                         (516) 328-0082 (facsimile)
                                         emanuel@mllaborlaw.com

                                         *Attorneys for Plaintiff*